United States District Court

Eastern District of Louisiana

Robinett

v.                                    CIVIL ACTION NO. 2:00-cv-00103 "N"

Allstate Ins Co


    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 11, 2000.

                                             By Direction of the Court

                                             LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENNIS ROBINETT AND EVELINA ROBINETT | * | CIVIL ACTION NO. 00-0103 |
| | * | SECTION " " |
| VERSUS | | |
| | * | MAGISTRATE SECT. N MAG. 2 |
| ALLSTATE INSURANCE COMPANY | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR REMOVAL FROM THE 32ND JUDICIAL DISTRICT COURT PARISH OF TERREBONNE, STATE OF LOUISIANA

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The petition of Allstate Insurance Company, a foreign corporation authorized to do and doing business in the State of Illinois, with respect represents:

1.

On or about December 17, 1999, an action was commenced against petitioner in the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana entitled "Dennis Robinett and Evelina Robinett" bearing No. 127616 on the docket of said Court. Said demand was served on Allstate Insurance Company through the Secretary of State of Louisiana on or about December 28, 1999. A copy of said petition, is hereunto annexed as Exhibit "A".

2.

The petition of Dennis Robinett and Evelina Robinett, Exhibit "A" herein, seeks recovery under a policy of insurance allegedly issued to Dennis Robinett and Evelina Robinett, by petitioner herein, allegedly in force and effect on December 18, 1998 and allegedly providing

1

coverage, <u>inter alia</u>, for loss by fire of property located at 5290 Highway 56, Chauvin, Louisiana.

3.

That at all material times herein, original defendants in removal, Dennis Robinett and Evelina Robinett, were citizens of and domiciled in the Parish of Terrebonne, State of Louisiana and further, Allstate Insurance Company, original plaintiff in removal, was a foreign insurance company, a citizen of the State of Illinois, incorporated in said State and with its principal place of business therein.

4.

There have been no further developments in the State Court proceedings.

5.

This matter is removable to this Honorable Court pursuant to the provisions of Title 28 U.S.C. 1441 for the reason that the matter is within the original jurisdiction of this Court pursuant to Title 28 U.S.C. 1332 in that there exists diversity of citizenship and the requisite amount in controversy.

6.

Petitioner avers it will pay all costs and disbursements incurred by reason of the removal proceedings hereby brought should it be determined that this action is not removable or is improperly removed.

7.

Simultaneously with the filing of this Petition for Removal, written notice has been duly mailed to Dennis Robinett and Evelina Robinett, through their attorney of record, Randall M. Alfred, and a copy of this Petition for Removal has been filed with the Clerk of Court of the 32nd

Judicial District Court for the Parish of Terrebonne, State of Louisiana, for filing in said action number 127616.

WHEREFORE, the premises considered, petitioner prays that action number 127616, pending in the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, be removed therefrom to this Court for trial and determination, that all further proceedings in the State Court be stayed, and that plaintiff in removal/original defendant, have all additional and further relief to which it may be entitled.

Respectfully submitted;

BLUE WILLIAMS, L.L.P.

BY: _____
ROBERT H. COOPER
BAR NO. 4378
3421 N. Causeway Boulevard
Metairie, LA 70002
504/831-4091

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid, addressed to their respective offices on January 10, 2000.

_____
ROBERT H. COOPER

3