```
                                    UNITED STATES DISTRICT COURT
                                              FILED

                                          March 28, 2000

                                    EASTERN DISTRICT OF LOUISIANA
                                           Loretta G. Whyte
                                                Clerk
```

MINUTE ENTRY
CLEMENT, J.
March 28, 2000

                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

    You are hereby notified that the following cases will be called by Judge Edith Brown Clement on **WEDNESDAY, MAY 3, 2000 at 10:00 a.m.**

    Counsel is ordered to enter default against the defendant(s) who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with Rule 41(b) FRCP.

| | |
|---|---|
| 99-3591 | FRED WILLIAM MARSH V ADBON CALLAIS OFFSHORE, LLC. as to all defendants |
| 00-33 | ALCAN RUBBER & CHEMICAL, INC. as to all defendants |
| 00-103 | DENNIS ROBINETT, ET AL V ALLSTATE INSURANCE CO. as to all defendants |

March 28, 2000

                                    *Anita Kinghorn*
                                Anita Kinghorn, Courtroom Deputy
                                589-7688

```
___Fee____
___Process___
 X _Dktd___
___CtRmDep_
    Doc.No.__3
```