

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS ROBINETT ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-103 |
| ALLSTATE INSURANCE COMPANY | SECTION "N" (2) |

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **November 15, 2000 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

Counsel for all parties are instructed to submit their respective settlement position letters on or before **November 14, 2000**, for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this _25th_ day of May, 2000.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc:  HON. EDITH BROWN CLEMENT

DATE OF ENTRY
MAY 2 6 2000

