```
                                            FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2000 NOV 17  AM 9:42

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 15, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS ROBINETT ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-103 |
| ALLSTATE INSURANCE COMPANY | SECTION "N" (2) |

A settlement conference was conducted on this date. Participating were: Randall Alfred, representing plaintiffs; Robert H. Cooper, representing defendant. Counsel advised the Court that they are not presently in a posture to settle. However, it appears that further settlement discussions may be beneficial after the completion of certain pending discovery. Accordingly,

**IT IS ORDERED** that another settlement conference is hereby set in this matter before the undersigned magistrate judge at the **George Arceneaux, Jr. United States**

DATE OF ENTRY
NOV 1 7 2000

**Courthouse, 800 East Main Street, Houma, Louisiana on Monday, December 18, 2000 at 10:00 a.m.** Plaintiffs must appear in person. A representative of defendant must be available by telephone.

  <u>Counsel for all parties may supplement their previously submitted confidential settlement position letters, if they desire to do so, on or before</u> **December 15, 2000**.

  New Orleans, Louisiana, this _15th_ day of November, 2000.

                  JOSEPH C. WILKINSON, JR.
                  UNITED STATES MAGISTRATE JUDGE

cc: HON. EDITH BROWN CLEMENT