*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*NOV 21 2000*
*2000 NOV 21 AM 10: 59*
*LORETTA G. WHYTE*
*CLERK*

MINUTE ENTRY
WILKINSON, M.J.
November 20, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS ROBINETT ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-103 |
| ALLSTATE INSURANCE COMPANY | SECTION "N" (2) |

### HEARING ON MOTION

MOTION:   Defendant's Motion to Compel Discovery

O R D E R E D:

__XX__ :   DISMISSED AS MOOT. Counsel for movant has advised the Court that the parties have resolved their discovery dispute. Accordingly, the motion is moot.

_____ :   GRANTED

_____ :   DENIED

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 21 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____