```
                                          FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                 2000 DEC 18  AM 8: 39

                                   LORETTA G. WHYTE
                                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS ROBINETT ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-103 |
| ALLSTATE INSURANCE COMPANY | SECTION "N" (2) |

**IT IS ORDERED** that the **Settlement Conference** previously set in this matter on December 18, 2000 is hereby **RESET** on **January 16, 2001 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, at the **George Arceneaux, Jr. United States Courthouse, 800 East Main Street, Houma, Louisiana**. All counsel must appear in person. Plaintiffs must appear in person. A corporate representative of defendant must be available by telephone.

Counsel for all parties may supplement their previously submitted confidential settlement position letters, if they desire to do so, on or before **January 12, 2001**.

New Orleans, Louisiana, this 15TH day of December, 2000.

                                    _____
                                    JOSEPH C. WILKINSON, JR.
cc:   HON. EDITH BROWN CLEMENT      UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 1 8 2000

Fee_____
Process___
X/Dktd____
√ CtRmDep__
Doc.No.___