```
                                    FILED
                               U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                               2001 JAN 16 PM 12: 42

                               LORETTA G. WHYTE
                                     CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
JANUARY 12, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS ROBINETT ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-103 |
| ALLSTATE INSURANCE COMPANY | SECTION "N" (2) |

A status conference was conducted on this date. Participating were Randall Alfred, representing plaintiffs, and Robert Cooper, representing defendants.

Counsel reported that the parties have made substantial progress toward settlement of this case. Accordingly, **IT IS ORDERED** that the settlement conference previously set in this matter before the undersigned on January 16, 2001 is hereby CANCELED. After conferring with Judge Clement's staff, **IT IS FURTHER ORDERED** that the pretrial conference previously set in this matter on January 18, 2001 is hereby RESET on

DATE OF ENTRY
JAN 1 6 2001

Fee____
Process___
X Dktd___
CtRmDep___
Doc.No.___

**January 23, 2001 at 3:00 p.m.** before Judge Clement. All other dates and deadlines remain as previously set.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. WILKINSON, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

cc:    HON. EDITH BROWN CLEMENT