```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2001 JAN 23 AM 11:22

               LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS ROBINETT, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-103 |
| ALLSTATE INSURANCE COMPANY | SECTION "N" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, January 22, 2001.

_____
EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 23 2001

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
    Doc.No. 15