UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENNIS ROBINETT AND EVELINA ROBINETT | * | CIVIL ACTION NO. 00-103 |
| | * | SECTION "N" |
| VERSUS | * | MAGISTRATE 2 |
| ALLSTATE INSURANCE COMPANY | * | |

*************************************

### FINAL MOTION TO DISMISS, WITH PREJUDICE

On motion of plaintiffs, Dennis Robinett and Evelina Robinett, through undersigned counsel, and on suggesting to the Court that plaintiff desires to dismiss the above captioned suit, with prejudice, each party to bear its own costs;

IT IS HEREBY ORDERED that the herein above captioned suit be and the same is hereby dismissed, with prejudice, at the costs incurred by the parties plaintiff and defendant, respectively.

New Orleans, Louisiana, this ___1___ day of ___March___, 2001.

_____
JUDGE

Respectfully submitted,

_____
Randall M. Alfred, #2387
106 Ramey Road
P. O. Box 3877
Houma, LA 70361-3877

DATE OF ENTRY
MAR 2 2001

CERTIFICATE OF SERVICE

I do hereby certify that I have on this _28th_ day of _February_, 20_01_, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L
2001 FEB 28 PM 3:2
LORETTA G. WHYTE
CLERK